VINGUT et al. v. KETCHAM et al. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by George F. Vingut and Henry K. Vingut, as trustees, etc., against James W. Ketcham and others.

PER CURIAM. Motion to open default granted, on condition that the appellant perfect his appeal within 10 days, and give an undertak-

ing, with an approved surety company as surety, to pay the costs of the appeal in the event of an affirmance of the judgment. If these conditions are not complied with, the motion is denied, with $10 costs.